Katherine R. Siegfried, SBN 250558
Law Office of Katherine Siegfried
1939 Harrison St, Ste 120
Oakland, CA 94612
Phone: (510) 465-0018
kat@siegfriedlegal.com

Attorney for Plaintiff, CHAROLETTE VINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAROLETTE VINSON<br><br>       Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>       Defendant | CIVIL NO. 5:22-cv-4950-VKD<br><br>VOLUNTARY DISMISSAL OF CASE BY PLAINTIFF AND ~~PROPOSED~~ ORDER<br><br> Re:  Dkt. No. 19 |

On August 30, 2022 Ms. Vinson filed a Social Security appeal pursuant to Title 42,

U.S.C. Section 405(g). Ms. Vinson now wishes to voluntarily dismiss this matter in its entirety

without prejudice pursuant to Federal Rule of Civil Procedure 41(a). Defendant's counsel has

indicated that they have no objection to this dismissal.

Respectfully submitted,

Dated: 1/17/2023

KATHERINE SIEGFRIED
Attorney for Plaintiff CHAROLETTE
VINSON

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

~~PROPOSED~~ ORDER

 In accordance with the request by Plaintiff, I hereby dismiss the Matter of 5:22-cv-04950-VKD *Vinson v. Kijakazi.*

Dated:   January 18, 2023

_____
Magistrate Judge Virginia K. DeMarchi